IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Murrel Vailes, ) | No. CV 10-233-TUC-RCC |
| Petitioner, ) | **ORDER** |
| vs. ) | |
| Craig Apker, ) | |
| Respondent. ) | |

On April 13, 2011, the Honorable Charles R. Pyle, United States Magistrate Judge, filed a Report and Recommendation ("Recommendation") in this action (Doc.17). The Recommendation advised the Court to DENY the Petition for Writ of Habeas Corpus by a Person pursuant to Title 28, U.S.C. § 2241 (Docket No.1)

The Court considers the Recommendation to be thorough and well-reasoned. After a thorough and de novo review of the record, the Court will ADOPT the Recommendation of Magistrate Judge Pyle. Therefore,

**IT IS ORDERED** that the Court adopts Magistrate Judge Pyle's Report and Recommendation (Doc. 17).

**IT IS FURTHER ORDERED** that the Petition is DENIED.

DATED this 11th day of May, 2011.

Raner C. Collins
United States District Judge